UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARGARETA MANGEAC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD ARMSTRONG, in his individual and official capacities; DAVID TAYLOR in his individual and official capacities; RICHARD HUMISTON in his individual and official capacities; STEVE BELLOMY in his individual and official capacities; SUSAN ALTMAN in her individual and official capacities,<br><br>　　　　　Defendants. | Case No. 1:08-CV-239-BLW<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Dkt. 147), and good cause appearing,

**IT IS ORDERED:**

1.　The Stipulation for Dismissal With Prejudice (Dkt. 147) is **GRANTED** and

　　this case is dismissed in its entirety with prejudice, with each party bearing

its own attorney fees and costs.

2. The Court will enter a separate judgment in accordance with Fed. R. Civ. P. 58.

DATED: **February 2, 2011**

/s/ B. Lynn Winmill
B. LYNN WINMILL
Chief U.S. District Court Judge